**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* ________ Chapter 7

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Rise Construction Management, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-1999559** |
| 4. | **Debtor's address** | **Principal place of business**<br>**1452 Dorchester Ave., #4**<br>**Boston, MA 02122**<br>Number, Street, City, State & ZIP Code<br>**Suffolk**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **Rise Construction Management, Inc.** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐ No.
■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | **Massachusetts** | When | **11/24/23** | Case number | **23-11942-JEB** |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor **Rise Construction Management, Inc.** Case number (*if known*)
Name

| | | |
|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor ______ District ______ When ______ | Relationship ______ Case number, if known ______ |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______
Contact name ______
Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor Rise Construction Management, Inc.
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/19/2026
MM / DD / YYYY

X [signature]
Signature of authorized representative of debtor

**James Grossmann**
Printed name

Title **President**

**18. Signature of attorney**

X [signature]
Signature of attorney for debtor

Date 8/19/26
MM / DD / YYYY

**David B. Madoff 552968**
Printed name

**Madoff & Khoury LLP**
Firm name

**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
Number, Street, City, State & ZIP Code

Contact phone **508-543-0040** Email address **alston@mandkllp.com**

**552968 MA**
Bar number and State

# CONSENT OF SOLE OFFICER AND SHAREHOLDER

Rise Construction Management, Inc. (the "Company"), by consent of its sole officer and shareholder, does hereby approve, consent to and take the following actions:

VOTED: That the Company seek relief under Chapter 7 of the Bankruptcy Code, and that James Grossmann, the President of the Company (the "Authorized Officer"), is hereby authorized (i) to prepare and file on behalf of the Company a petition for relief under Chapter 7 of the Bankruptcy Code, (ii) to execute on behalf of the Company such petition, schedules and statements as the Authorized Officer may deem necessary or appropriate in connection therewith, (iii) to take such steps on behalf of the Company as may be necessary or appropriate to the Company's bankruptcy case and (iv) to execute such further documents and do such further acts as the Authorized Officer may deem necessary or appropriate with respect to the foregoing, including the delegation of such foregoing authority to other officers and employees of the Company; the execution of any document or the doing of any act by the Authorized Officer in connection with such proceedings to be conclusively presumed to be authorized by this vote;

FURTHER VOTED: That the law firm of Madoff & Khoury LLP be retained as counsel to represent the Company in all proceedings commenced under or resulting from these votes;

FURTHER VOTED: That this Vote be filed in the minute book of the Company.

Dated: 8/19, 2026

[signature]

James Grossmann, President and Sole Shareholder

**Fill in this information to identify the case:**

Debtor name **Rise Construction Management, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____________
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/19/2026

X [signature]
Signature of individual signing on behalf of debtor

**James Grossmann**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Rise Construction Management, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*... | $ | **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*... | $ | **4,107,086.75** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*... | $ | **4,107,086.75** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*... | $ | **0.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*... | $ | **0.00** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*... | +$ | **27,543,589.08** |
| 4. **Total liabilities** ... Lines 2 + 3a + 3b | $ | **27,543,589.08** |

**Fill in this information to identify the case:**

Debtor name **Rise Construction Management, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) ______________________

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|
| 2. **Cash on hand** | **$0.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Citizens Bank** | **Business Checking** | **1589** | **$361.29** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$361.29**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

Debtor **Rise Construction Management, Inc.** Case number *(If known)*
Name

11b. Over 90 days old: **5,406,725.46** (face amount) - **1,300,000.00** (doubtful or uncollectible accounts) =.... **$4,106,725.46**

12. **Total of Part 3.** **$4,106,725.46**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **17 iPhones (various models)** | **$0.00** | | **Unknown** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$0.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor **Rise Construction Management, Inc.** Case number *(If known)*
Name

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| | **Rise.boston** | **$0.00** | | **Unknown** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.** **$0.00**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Debtor **Rise Construction Management, Inc.**
Name

Case number *(If known)*

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**Tax refunds** Tax year ______ **$0.00**

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Pending lawsuits - see accounts recievable list; additional information included at SOFA # 7** **Unknown**

**Nature of claim**
**Amount requested** **$6,474,458.33**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.** **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor **Rise Construction Management, Inc.** Case number *(If known)*
Name

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$361.29** | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$4,106,725.46** | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | | |
| 88. | **Real property.** *Copy line 56, Part 9*..........> | | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$4,107,086.75** | + 91b. | **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | | **$4,107,086.75** |

**A/R Aging Detail Report**
**RISE Construction Management, Inc.**
**As of July 20, 2026**

| | Date | Transaction type | Num | Customer full name | Property / Project | Due date | Invoice Amount | Open balance | *Source |
|---|---|---|---|---|---|---|---|---|---|
| CURRENT | | | | | | | | | |
| | 5/1/2026 | Rent | MAY | Schnell Contracting Systems, LLC | RCM Overhead | 5/1/2026 | 3,600.00 | **3,600.00** | QuickBooks |
| | 6/20/2026 | Credit | | Voya Financial | Overhead | 6/30/2026 | 500 | **500** | QuickBooks |
| | 1/15/2026 | Invoice | NATG-SCS | Schnell Contracting Systems, LLC | RCM Overhead | 1/15/2026 | 1,484.93 | **1,484.93** | QuickBooks |
| | 1/15/2026 | Invoice | EVES-SCS | Schnell Contracting Systems, LLC | RCM Overhead | 1/15/2026 | 5,731.15 | **2,531.17** | QuickBooks |
| | 8/30/2023 | Invoice | 221048A10 | LPC Commercial Services, Inc. | 11 Ave De Lafayette | | 438,215.67 | **438,215.67** | Spectrum |
| | 8/30/2023 | Invoice | 221057*17 | 169 Newbury LLC | 169 Newbury Street | | 109,722.29 | **9,385.57** | Spectrum |
| | 9/30/2023 | Invoice | 221057B18 | 169 Newbury LLC | 169 Newbury Street | | 83,342.94 | **75,295.25** | Spectrum |
| | 10/30/2023 | Invoice | 221057*19 | 169 Newbury LLC | 169 Newbury Street | | 56,528.84 | **45,834.42** | Spectrum |
| | 11/30/2023 | Invoice | 221057*20 | 169 Newbury LLC | 169 Newbury Street | | 206,126.59 | **182,868.70** | Spectrum |
| | 10/1/2023 | Invoice | 221044A19 | 249 Corey Acquisition, LLC | 249 Corey Road | | 329,686.48 | **329,686.48** | Spectrum |
| | 10/30/2023 | Invoice | 221044*20 | 249 Corey Acquisition, LLC | 249 Corey Road | | 939,947.94 | **939,947.94** | Spectrum |
| | 10/30/2021 | Invoice | 219002*19 | Navem Partners | 425 Border | | 95,188.03 | **121,204.30** | Spectrum |
| | 7/30/2023 | Invoice | 221002*23 | 7-9 Central St, LLC | 7-9 Central | | 135,909.38 | **135,909.38** | Spectrum |
| | 10/1/2023 | Invoice | 221002D24 | 7-9 Central St, LLC | 7-9 Central | | 27,245.23 | **27,245.23** | Spectrum |
| | 10/31/2023 | Invoice | 221002A25 | 7-9 Central St, LLC | 7-9 Central | | 81,417.33 | **81,417.33** | Spectrum |
| | 11/30/2023 | Invoice | 221053*08 | AXL Cycle Studios, LLC | AXL Studios | | 3,541.67 | **3,541.67** | Spectrum |
| | 12/30/2023 | Invoice | 221078*08 | 34 Munroe St., LLC | Soul City Yoga | | 196,761.54 | **51,034.14** | Spectrum |
| | 5/30/2023 | Invoice | 220007A22 | Delanson Realty Partners LLC | Terrazza | | 1,113,586.71 | **292,839.26** | Spectrum |
| | 7/30/2023 | Invoice | 220007*24 | Delanson Realty Partners LLC | Terrazza | | 821,000.38 | **33,965.94** | Spectrum |
| | 4/30/2024 | Invoice | 2.20E+30 | DW RT Ellery, LLC | The Ellery | | 1,330,218.09 | **1,330,218.09** | Spectrum |
| | | | | | | **TOTAL** | **5,979,755.19** | **4,106,725.47** | |
| **LEGAL** | | | **RCM as Plaintiff/Countersuit** | | | | | | |
| LEGAL | 5/1/2023 | Settlement | RCM Plaintiff | AXL Cycle Studios, LLC | AXL Studios | 4/1/2025 | 102,708.43 | **102,708.43** | Lawsuit -Refer to "Legal_Madoff_Tracker 07.17.26 " Sheet |
| LEGAL | 5/30/2023 | Settlement-Default | RCM Plaintiff | AXL Cycle Studios, LLC | AXL Studios | 3/28/2026 | 71,749.90 | **71,749.90** | Lawsuit -Refer to "Legal_Madoff_Tracker 07.17.26 " Sheet |
| LEGAL | 1/5/2021 | Lawsuit | RCM Plaintiff | The Freeport South Boston, LLC | | | Unspecified Damages | **Unspecified Damages** | Lawsuit -Refer to "Legal_Madoff_Tracker 07.17.26 " Sheet |
| LEGAL | | Lawsuit | RCM Countersuit | DW RT Ellery | The Ellery | | 2,800,000.00 | **2,800,000.00** | Lawsuit -Refer to "Legal_Madoff_Tracker 07.17.26 " Sheet |
| LEGAL | | Lawsuit | RCM Countersuit | 143 Washington | Nevins Hill Project | | 3,500,000.00 | **3,500,000.00** | Lawsuit -Refer to "Legal_Madoff_Tracker 07.17.26 " Sheet |
| **Total for CURRENT** | | | | | | **APPROX. LEGAL TOTAL** | **6,474,458.33** | **6,474,458.33** | |

Tuesday, June 23, 2026 15:14 GMT-04:00

**Fill in this information to identify the case:**

Debtor name **Rise Construction Management, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **Rise Construction Management, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**143 Washington LLC**
**143 Washington Street**
**Brighton, MA 02135**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,000,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Business Debt/Lawsuit
Is the claim subject to offset? ■ No ☐ Yes

3.2 **Nonpriority creditor's name and mailing address**
**23 Upton Street LLC**
**c/o Allen Holland, Esq.**
**Rich May**
**175 Federal Street**
**Boston, MA 02110**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Business Debt/Lawsuit
Is the claim subject to offset? ■ No ☐ Yes

3.3 **Nonpriority creditor's name and mailing address**
**Active Recovery Systems**
**c.o. De Lage Landen Financial Services**
**901 E. 8th Ave, Suite 206**
**King of Prussia, PA 19406**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$53,198.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.4 **Nonpriority creditor's name and mailing address**
**Altus Receivables Management**
**c/o Federal Compas**
**2121 Airline Drive, Suite 520**
**Metairie, LA 70001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,743.59**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Business Debt (Fuelman Mastercard)
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rise Construction Management, Inc.** Case number (if known)
Name

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.5 | **Altus Receivables Management**<br>**c/o Fuelman Mastercard**<br>**2121 Airline Drive, Suite 520**<br>**Metairie, LA 70001**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,532.62** |
| 3.6 | **Atlantis Comfort Systems Corp.**<br>**111 Energy Way**<br>**West Warwick, RI 02893**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Business Debt/Lawsuit<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7 | **Atlus Receivables Management**<br>**c.o. Pro-Vigil**<br>**2121 Airline Drive, Suite 520**<br>**Metairie, LA 70001**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$37,289.00** |
| 3.8 | **Avidia Bank**<br>**42 Main Street**<br>**Hudson, MA 01749**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$19,000,000.00** |
| 3.9 | **Bank of New England**<br>**c/o Jeffrey Francis, Esq.**<br>**Pierce Atwood LLP**<br>**100 Summer Street, Suite 2250**<br>**Boston, MA 02110**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Lawsuit<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.10 | **Board of Trustees of 238 Webster**<br>**Street Condominium Trust**<br>**c/o Marucs Errico Emmer and Brooks PC**<br>**45 Braintree Hill Office Park, susite 10**<br>**Braintree, MA 02185**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.11 | **Boston Fire Department**<br>**115 Southampton Street**<br>**Boston, MA 02118**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$18,020.00** |

Debtor **Rise Construction Management, Inc.** Case number (if known)
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.12 | **Boston Police Department**<br>**1 Schroeder Plaza, 3 North**<br>**Boston, MA 02120**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$108,301.61** |
| 3.13 | **Boston Water & Sewer Commission**<br>**980 Harrison Ave**<br>**Boston, MA 02119**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,800.00** |
| 3.14 | **Cashins & Assocaties, Inc.**<br>**599 North Ave, Suite 8**<br>**Wakefield, MA 01880**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,559.41** |
| 3.15 | **City of Boston**<br>**1 City Hall Square, Room 714**<br>**Boston, MA 02201**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.16 | **Coastal Electric**<br>**c/o Ryan Forgione, Esq.**<br>**Conn Kavanaugh**<br>**One Federal Street, 15th Floor**<br>**Boston, MA 02110**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Lawsuit<br>Is the claim subject to offset? ■ No ☐ Yes | **$75,000.00** |
| 3.17 | **Colonial Hardware Corporation**<br>**P.O. Box 21216**<br>**New York, NY 10087-1216**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,445.48** |
| 3.18 | **Dartmouth Building Supply**<br>**958 Reed Street**<br>**North Dartmouth, MA 02747**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Lawsuit<br>Is the claim subject to offset? ■ No ☐ Yes | **$250,000.00** |

Debtor **Rise Construction Management, Inc.** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**DiNicola Law Group, LLC**<br>**399 Chestnut St., Second Floor**<br>**Needham, MA 02492**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$27,542.50** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**DW RT Ellery, LLC**<br>**181 Morgan Avenue**<br>**Cambridge, MA 02141**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Business Debt/Lawsuit**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,250,000.00** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Easton Concrete Cutting**<br>**125 Eastman St**<br>**South Easton, MA 02375**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Business Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$11,025.00** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Ellie Le and Tran Le, Trustees of the 50 Leo Condonminium Trust**<br>**c/o Schlossberg LLC**<br>**35 Braintree Hill Office Park, Suite 401**<br>**Braintree, MA 02184**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Business Debt/Lawsuit**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Eversource**<br>**PO Box 56007**<br>**Boston, MA 02205**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,246.22** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Exclaimer LTD**<br>**455 Park Ave., 9th Floor**<br>**New York, NY 10022**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Business Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,620.00** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Feldman Land Surveyors**<br>**152 Hampden St**<br>**Boston, MA 02119**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Business Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$210,819.00** |

Debtor **Rise Construction Management, Inc.** Case number (if known)
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.26 | **FSL Associates, Inc.**<br>**358 Chestnut Hill Ave**<br>**Brighton, MA 02135**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,118.75** |
| 3.27 | **FW Webb Company**<br>**101 Hampden Street**<br>**Boston, MA 02119**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Lawsuit<br>Is the claim subject to offset? ■ No ☐ Yes | **$350,000.00** |
| 3.28 | **Geotechnical Engineering Services for NE**<br>**45 New Ocean St. – Suite**<br>**Swampscott, MA 01907**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$14,000.00** |
| 3.29 | **Granite City Electric Supply**<br>**PO Box 699189**<br>**Quincy, MA 02269**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Lawsuit<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.30 | **GreatAmerica Financial Services Corp.**<br>**625 First Street**<br>**Cedar Rapids, IA 52401**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.31 | **Herc Rentals Inc.**<br>**27500 Riverview Center Blvd**<br>**Bonita Springs, FL 34134**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$22,048.39** |
| 3.32 | **Howard Stein Hudson Associates**<br>**11 Beacon St, Suite 1010**<br>**Boston, MA 02108**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,505.00** |

Debtor **Rise Construction Management, Inc.** Case number (if known)
Name

3.33 **Nonpriority creditor's name and mailing address**
**Industrial Boiler & Mechanical Services**
**156 Maple St.**
**Danvers, MA 01923**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$165,858.08**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.34 **Nonpriority creditor's name and mailing address**
**JKA Construction, Inc.**
**110 Winn Street, #205**
**Woburn, MA 01801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,269.81**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ■ No ☐ Yes

3.35 **Nonpriority creditor's name and mailing address**
**KONE Inc.**
**One New Boston Drive**
**Canton, MA 02021**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$212,114.55**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.36 **Nonpriority creditor's name and mailing address**
**Kyle Zick Landscape Architecture, Inc.**
**4228 Washington St.**
**Roslindale, MA 02131**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ■ No ☐ Yes

3.37 **Nonpriority creditor's name and mailing address**
**Mario Marotta**
**c/o Riccardo Rullo, Esq.**
**35 Bedford Street**
**Lexington, MA 02420**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$350,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Lawsuit
Is the claim subject to offset? ■ No ☐ Yes

3.38 **Nonpriority creditor's name and mailing address**
**Michael Cruz and Lie Ye as Trustees of the 50 Leo Condominium Trust**
**c/o Rose Law Partners LLP**
**185 Dartmouth Street, Suite 602**
**Boston, MA 02116**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Lawsuit
Is the claim subject to offset? ■ No ☐ Yes

3.39 **Nonpriority creditor's name and mailing address**
**Monte French Design Studio**
**179 South St., 3rd Floor**
**Boston, MA 02111**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,520.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Rise Construction Management, Inc.** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.40 | Nonpriority creditor's name and mailing address<br>**NBM**<br>**24 Terry Ave**<br>**Burlington, MA 01803**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$200.75** |
| 3.41 | Nonpriority creditor's name and mailing address<br>**Nitsch Engineering**<br>**2 Center Plz Suite 430**<br>**Boston, MA 02108**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$25,014.00** |
| 3.42 | Nonpriority creditor's name and mailing address<br>**Parks Plus Inc.**<br>**83 Broad Avenue**<br>**Fairview, NJ 07022**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: Business Debt/Lawsuit<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.43 | Nonpriority creditor's name and mailing address<br>**Point5 Managed Services**<br>**PO Box 222**<br>**Old Saybrook, CT 06475**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,513.21** |
| 3.44 | Nonpriority creditor's name and mailing address<br>**Port Norfolk Development LLC**<br>**20 Ericsson Street**<br>**Boston, MA 02122**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Debtor's former landlord - Notice purposes<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.45 | Nonpriority creditor's name and mailing address<br>**Pro-Vigil, Inc.**<br>**4646 Perrin Creek, #280**<br>**San Antonio, TX 78217**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$33,106.00** |
| 3.46 | Nonpriority creditor's name and mailing address<br>**Rimkus**<br>**313 Congress St, Suite 202**<br>**Boston, MA 02210**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,607.50** |

Debtor **Rise Construction Management, Inc.** Case number (if known)
Name

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.47 | **Ryan LLC**<br>**Three Galleria Tower, 13155 Noel Road**<br>**Suite 100**<br>**Dallas, TX 75240**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$900.00** |
| 3.48 | **Soden Sustainability**<br>**19 Richardson St**<br>**Winchester, MA 01890**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$11,100.00** |
| 3.49 | **Sonepar Distribution New England, Inc.**<br>**d/b/a North East Electrical Distributors**<br>**c/o Carlo Cellai, Esq.**<br>**150 Grossman Drive, Suite 201**<br>**Braintree, MA 02184**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Lawsuit<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.50 | **Summit Fire Protection**<br>**260 Forbes Blvd**<br>**Mansfield, MA 02048**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$335,619.51** |
| 3.51 | **Time Savers Services Corp**<br>**42 Commonwealth Ave, unit 2**<br>**North Attleboro, MA 02760**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,268.00** |
| 3.52 | **Turn Key Lumber**<br>**c/o Calandra, PC**<br>**96 Cottage Street**<br>**Hudson, MA 01749**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Business Debt/Lawsuit<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.53 | **United Rentals (North America)**<br>**P.O.Box 100711**<br>**Atlanta, GA 30384-0711**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Business Debt/Lawsuit<br>Is the claim subject to offset? ■ No ☐ Yes | **$73,385.11** |

Debtor **Rise Construction Management, Inc.** Case number (if known)
Name

3.54 **Nonpriority creditor's name and mailing address**
**W.B. Mason Co**
**PO Box 981101**
**Boston, MA 02298**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,300.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business Debt**
Is the claim subject to offset? ■ No ☐ Yes

3.55 **Nonpriority creditor's name and mailing address**
**West Broadway Development LLC**
**c/o Christopher Hynes**
**176 Federal Street**
**Boston, MA 02110**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$809,996.71**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** **Lawsuit**
Is the claim subject to offset? ■ No ☐ Yes

**Part 3: List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bradley Croft**<br>**255 State Street, 7th Floor**<br>**Boston, MA 02109** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Bradley Croft, Esq.**<br>**Ruberto Israel and Weiner PC**<br>**255 State Street, 7th Floor**<br>**Boston, MA 02109** | Line **3.6**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **David Goldberg, Esq.**<br>**199 Wells Avenue, Suite 209**<br>**Newton Center, MA 02459** | Line **3.42**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Dennis McKenna**<br>**100 Cambridge Street, 22nd Floor**<br>**Boston, MA 02124** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Geoffrey Moore, Esq.**<br>**Cohn and Dussi LLC**<br>**255 State Street**<br>**Boston, MA 02109** | Line **3.53**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Mintz, Levin, Cohn, Ferris, Glovsky**<br>**One Financial Center**<br>**Boston, MA 02111** | Line **3.20**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Sam Calandra**<br>**96 Cottage Street**<br>**Hudson, MA 01749** | Line **3.52**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Schlosseberg LLC**<br>**35 Braintree Hill Office Park, Suite 401**<br>**Bronx, NY 10464-3000** | Line **3.29**<br>☐ Not listed. Explain ____ | _ |

Debtor **Rise Construction Management, Inc.** Case number (if known)
Name

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. | + | $ **27,543,589.08** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ **27,543,589.08** |

**Fill in this information to identify the case:**

Debtor name **Rise Construction Management, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial printer - Sharp BP-70C45. Printer located at 12 Ericsson Street, Dorchester, MA** | **DeLage Landen Financial Services, Inc.<br>c/o McCarthy, Burgess & Wolff<br>The MB&W Building<br>26000 Cannon Road<br>Bedford, OH 44146** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Rise Construction Management, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Brian Anderson** | **100 Hallet Street**<br>**Boston, MA 02124** | **Dartmouth Building Supply** | ☐ D<br>■ E/F **3.18**<br>☐ G |
| 2.2 | **Brian Anderson** | **100 Hallet Street**<br>**Boston, MA 02124** | **DW RT Ellery, LLC** | ☐ D<br>■ E/F **3.20**<br>☐ G |
| 2.3 | **James Grossmann** | **1452 Dorchester Ave., #4**<br>**Boston, MA 02122** | **Avidia Bank** | ☐ D<br>■ E/F **3.8**<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Rise Construction Management, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other | **$2,000.00** |
| **For prior year:** From **1/01/2025** to **12/31/2025** | ☐ Operating a business<br>■ Other **Gross Sales** | **$2,117,405.00** |
| **For year before that:** From **1/01/2024** to **12/31/2024** | ☐ Operating a business<br>■ Other **Gross Sales** | **$14,377,381.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount

may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Ethan Grossmann**<br><br>**Debtor's principal's son** | **Various** | **$42,307.76** | **payroll / expense reimbursement** |
| 4.2. | **James Grossmann**<br>**1452 Dorchester Ave., #4**<br>**Boston, MA 02122**<br>**Debtor's principal** | **Various** | **$92,307.68** | **payroll / expense reimbursement** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **143 Washington LLC v. Rise Construction Management et al**<br>**2484CV00146** | **Civil** | **Suffolk Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **23 Upton Street LLC v. Rise Construction Management**<br>**2484CV00023** | **Civil** | **Suffolk Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **321-325 West Broadway Development, LLC v. Rise Construction Management, Inc.**<br>**2484CV01862** | **Civil** | **Suffolk Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **Atlantis Comfort System v. Rise Construction<br>2484CV01950** | **Civil** | **Suffolk Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Avidia Bank v. 405 Mystic Valley Parkway JV LLC et al<br>2584CV01692** | **Civil** | **Suffolk Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Bank of New England v. 24-32 Spice LLC et al<br>2584CV01018** | **Civil** | **Suffolk Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Claudia H Sorsby v. Rise Construction Management<br>2584CV00516** | **Civil** | **Suffolk Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Dartmouth Building Supply Inc. v. Rise Construction Management<br>2473CV00792** | | **Bristol County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **DW RT Ellery v. Rise Construction Management et al<br>2484CV01063** | **Civil** | **Suffolk Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Ellie K. Le and Tran Le v. City Realty Group LLC et al<br>2584CV02004** | **Civil** | **Suffolk Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Essential Demo, Inc. v. Rise Construction Management Inc.<br>2484CV01219** | **Civil** | **Suffolk Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **FW Webb Company v. Rise Construction Management<br>2484CV00876** | **Civil** | **Suffolk Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **General Star Indemnity Company v. Rise Construction Management<br>2584CV02271** | **Civil** | **Suffolk Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | **Goldstein v. Rise Construction Management, Inc., Reach and Apply Defendant<br>24-10248-FDS** | **Reach and Apply** | **U.S. District Court (Mass)** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.15. | **Granite City Electric Supply Company v. Coastal Electric Inc. et al<br>2384CV02224** | **Civil** | **Suffolk Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.16. | **Leo Birmingham Development LLC v. Rise Construction Management**<br>**2584CV00754** | **Civil** | **Suffolk Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | **Mario F. Marotta v. James N. Grossman, Jr. et al**<br>**2584CV03112** | **Civil** | **Suffolk Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. | **Park Plus Inc. v. Rise Construction Management**<br>**2484CV02501** | **Civil** | **Suffolk Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | **Rise Construction Management v. Axl Studios**<br>**2384CV00397** | **Civil** | **Suffolk Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. | **Rise Construction Management v. The Freeport South Boston**<br>**2184CV00010** | **Civil** | **Suffolk Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21. | **Rise Construction Management v. Coastal Electric Inc.**<br>**2384CV01989** | **Civil** | **Suffolk Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22. | **Sonepar Development New England, Inc d/b/a North East Electrical Distributors v. Coastal Electric, Inc. et al**<br>**2384CV02651** | **Civil** | **Suffolk Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.23. | **Turn Key Lumber Corporation v. Rise Construction Management**<br>**2584CV2045** | **Civil** | **Suffolk Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.24. | **West Broadway Development v. Rise Construction Management**<br>**2484CV01862** | **Civil** | **Suffolk Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.25. | **United Rentals (North America), Inc. v. Rise Construction Management Inc et al**<br>**2484CV03115** | **Civil** | **Suffolk Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Debtor's former employees** | **Laptops and Thinkpads were wiped and given to employees as severance** | **11/2025** | **Unknown** |
| | Recipients relationship to debtor<br>**Former employees** | | | |
| 9.2. | **Port Norfolk Development** | **Miscellaneous used office furniture left behind for former landlord when lease terminated.** | | **Unknown** |
| | Recipients relationship to debtor<br>**Debtor's former landlord** | | | |

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Madoff & Khoury LLP**<br>**124 Washington Street, Suite 202**<br>**Foxborough, MA 02035** | **Attorney Fees** | | **$9,662.00** |
| | Email or website address<br>**alston@mandkllp.com** | | | |
| | Who made the payment, if not debtor? | | | |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Massachusetts Bankruptcy Court** | **Filing fee** | | **$338.00** |

**Email or website address**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **12 Ericsson Street, Suite 301**<br>**Boston, MA 02125** | **9/2020 - 9/2025** |

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☐ No. Go to Part 10.
- ■ Yes. Does the debtor serve as plan administrator?

  - ☐ No Go to Part 10.
  - ■ Yes. Fill in below:

| Name of plan | **Employer identification number of the plan** |
|---|---|
| **258164 - Rise Construction 401(k) Plan (through Vanguard)** | EIN: |

Has the plan been terminated?

- ☐ No
- ■ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

Debtor **Rise Construction Management, Inc.** Case number *(if known)*

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **KNL Consulting, Inc.**<br>**C-1 Shipway Place**<br>**Charlestown, MA 02129** | **Last two years** |
| 26a.2. | **Jackman Professional Accounting**<br>**11 Fairmount Ave, #106**<br>**Hyde Park, MA 02136** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **KNL Consulting, Inc.**<br>**C-1 Shipway Place**<br>**Charlestown, MA 02129** | |
| 26c.2. | **Jackman Professional Accounting**<br>**11 Fairmount Ave, #106**<br>**Hyde Park, MA 02136** | |
| 26c.3. | **Verdolino & Lowey, P.C.**<br>**124 Washington Street, Suite 101**<br>**Foxboro, MA 02035** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **James Grossmann** | **1452 Dorchester Ave., #4**<br>**Boston, MA 02122** | **Sole Officer and Shareholder** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor **Rise Construction Management, Inc.** Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See SOFA #4** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 19, 2026**

**/s/ James Grossmann**
Signature of individual signing on behalf of the debtor

**James Grossmann**
Printed name

Position or relationship to debtor **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

**United States Bankruptcy Court**
**District of Massachusetts**

In re **Rise Construction Management, Inc.** Debtor(s)

Case No.
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **August 19, 2026**

**/s/ James Grossmann**
**James Grossmann**/**President**
Signer/Title

143 Washington LLC
143 Washington Street
Brighton, MA 02135

23 Upton Street LLC
c/o Allen Holland, Esq.
Rich May
175 Federal Street
Boston, MA 02110

Active Recovery Systems
c.o. De Lage Landen Financial Services
901 E. 8th Ave, Suite 206
King of Prussia, PA 19406

Altus Receivables Management
c/o Federal Compas
2121 Airline Drive, Suite 520
Metairie, LA 70001

Altus Receivables Management
c/o Fuelman Mastercard
2121 Airline Drive, Suite 520
Metairie, LA 70001

Atlantis Comfort Systems Corp.
111 Energy Way
West Warwick, RI 02893

Atlus Receivables Management
c.o. Pro-Vigil
2121 Airline Drive, Suite 520
Metairie, LA 70001

Avidia Bank
42 Main Street
Hudson, MA 01749

Bank of New England
c/o Jeffrey Francis, Esq.
Pierce Atwood LLP
100 Summer Street, Suite 2250
Boston, MA 02110

Board of Trustees of 238 Webster
Street Condominium Trust
c/o Marucs Errico Emmer and Brooks PC
45 Braintree Hill Office Park, susite 10
Braintree, MA 02185

Boston Fire Department
115 Southampton Street
Boston, MA 02118

Boston Police Department
1 Schroeder Plaza, 3 North
Boston, MA 02120

Boston Water & Sewer Commission
980 Harrison Ave
Boston, MA 02119

Bradley Croft
255 State Street, 7th Floor
Boston, MA 02109

Bradley Croft, Esq.
Ruberto Israel and Weiner PC
255 State Street, 7th Floor
Boston, MA 02109

Brian Anderson
100 Hallet Street
Boston, MA 02124

Cashins & Assocaties, Inc.
599 North Ave, Suite 8
Wakefield, MA 01880

City of Boston
1 City Hall Square, Room 714
Boston, MA 02201

Coastal Electric
c/o Ryan Forgione, Esq.
Conn Kavanaugh
One Federal Street, 15th Floor
Boston, MA 02110

Colonial Hardware Corporation
P.O. Box 21216
New York, NY 10087-1216

Dartmouth Building Supply
958 Reed Street
North Dartmouth, MA 02747

David Goldberg, Esq.
199 Wells Avenue, Suite 209
Newton Center, MA 02459

DeLage Landen Financial Services, Inc.
c/o McCarthy, Burgess & Wolff
The MB&W Building
26000 Cannon Road
Bedford, OH 44146

Dennis McKenna
100 Cambridge Street, 22nd Floor
Boston, MA 02124

DiNicola Law Group, LLC
399 Chestnut St., Second Floor
Needham, MA 02492

DW RT Ellery, LLC
181 Morgan Avenue
Cambridge, MA 02141

Easton Concrete Cutting
125 Eastman St
South Easton, MA 02375

Ellie Le and Tran Le, Trustees of the 50
Leo Condonminium Trust
c/o Schlossberg LLC
35 Braintree Hill Office Park, Suite 401
Braintree, MA 02184

Eversource
PO Box 56007
Boston, MA 02205

Exclaimer LTD
455 Park Ave., 9th Floor
New York, NY 10022

Feldman Land Surveyors
152 Hampden St
Boston, MA 02119

FSL Associates, Inc.
358 Chestnut Hill Ave
Brighton, MA 02135

FW Webb Company
101 Hampden Street
Boston, MA 02119

Geoffrey Moore, Esq.
Cohn and Dussi LLC
255 State Street
Boston, MA 02109

Geotechnical Engineering Services for NE
45 New Ocean St. - Suite
Swampscott, MA 01907

Granite City Electric Supply
PO Box 699189
Quincy, MA 02269

GreatAmerica Financial Services Corp.
625 First Street
Cedar Rapids, IA 52401

Herc Rentals Inc.
27500 Riverview Center Blvd
Bonita Springs, FL 34134

Howard Stein Hudson Associates
11 Beacon St, Suite 1010
Boston, MA 02108

Industrial Boiler & Mechanical Services
156 Maple St.
Danvers, MA 01923

James Grossmann
1452 Dorchester Ave., #4
Boston, MA 02122

JKA Construction, Inc.
110 Winn Street, #205
Woburn, MA 01801

KONE Inc.
One New Boston Drive
Canton, MA 02021

Kyle Zick Landscape Architecture, Inc.
4228 Washington St.
Roslindale, MA 02131

Mario Marotta
c/o Riccardo Rullo, Esq.
35 Bedford Street
Lexington, MA 02420

Michael Cruz and Lie Ye as Trustees of
the 50 Leo Condominium Trust
c/o Rose Law Partners LLP
185 Dartmouth Street, Suite 602
Boston, MA 02116

Mintz, Levin, Cohn, Ferris, Glovsky
One Financial Center
Boston, MA 02111

Monte French Design Studio
179 South St., 3rd Floor
Boston, MA 02111

NBM
24 Terry Ave
Burlington, MA 01803

Nitsch Engineering
2 Center Plz Suite 430
Boston, MA 02108

Parks Plus Inc.
83 Broad Avenue
Fairview, NJ 07022

Point5 Managed Services
PO Box 222
Old Saybrook, CT 06475

Port Norfolk Development LLC
20 Ericsson Street
Boston, MA 02122

Pro-Vigil, Inc.
4646 Perrin Creek, #280
San Antonio, TX 78217

Rimkus
313 Congress St, Suite 202
Boston, MA 02210

Ryan LLC
Three Galleria Tower, 13155 Noel Road
Suite 100
Dallas, TX 75240

Sam Calandra
96 Cottage Street
Hudson, MA 01749

Schlosseberg LLC
35 Braintree Hill Office Park, Suite 401
Bronx, NY 10464-3000

Soden Sustainability
19 Richardson St
Winchester, MA 01890

Sonepar Distribution New England, Inc.
d/b/a North East Electrical Distributors
c/o Carlo Cellai, Esq.
150 Grossman Drive, Suite 201
Braintree, MA 02184

Summit Fire Protection
260 Forbes Blvd
Mansfield, MA 02048

Time Savers Services Corp
42 Commonwealth Ave, unit 2
North Attleboro, MA 02760

Turn Key Lumber
c/o Calandra, PC
96 Cottage Street
Hudson, MA 01749

United Rentals (North America)
P.O.Box 100711
Atlanta, GA 30384-0711

W.B. Mason Co
PO Box 981101
Boston, MA 02298

West Broadway Development LLC
c/o Christopher Hynes
176 Federal Street
Boston, MA 02110

# United States Bankruptcy Court
## District of Massachusetts

| | | | |
|---|---|---|---|
| In re | **Rise Construction Management, Inc.** | Case No. | |
| | Debtor(s) | Chapter | **7** |

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Rise Construction Management, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 19, 2026**
Date

**/s/ David B. Madoff**
**David B. Madoff 552968**
Signature of Attorney or Litigant
Counsel for **Rise Construction Management, Inc.**

**Madoff & Khoury LLP**
**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
**508-543-0040 Fax:508-543-0020**
**alston@mandkllp.com**